No. 844, Misc.  CAMPBELL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 891, Misc.  GLOUSER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 908, Misc.  ROBERTS *v.* WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.

No. 911, Misc.  RENTERIA *v.* CALIFORNIA STATE LEGISLATURE ET AL.  Supreme Court of California.  Certiorari denied.

No. 912, Misc.  CASTEDY *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 913, Misc.  CLINE *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 914, Misc.  DEAN *v.* CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 915, Misc.  NERWINSKI *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 919, Misc.  BROWN *v.* DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.